# U.S. Courts
## Case Inquiry Report

**Case Number** DCAN497CR040019 **Case Title** US V TRAN

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 002 | CHUNG DINH TRAN | VICTIM RESTITUTION | 7,800.00 | 7,800.00 | 0.00 |
| 002 | CHUNG DINH TRAN | FINE-CRIME VICTIMS FUND | 500.00 | 500.00 | 0.00 |
| | | | 8,300.00 | 8,300.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CJSR009979 | IRS - RACS | 7,800.00 | 4,445.00 | 3,355.00 |
| | | 7,800.00 | 4,445.00 | 3,355.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**FINE**
**PAID IN FULL**

Defendant: CHUNG DINH TRAN Date: 4/8/11
Fine $ 500.00 Interest $ 0.00

**RESTITUTION**
**PAID IN FULL**

Defendant: CHUNG DINH TRAN Date: 4/8/11
Restitution $ 7,800.00 Interest $ 0.00